Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Integrated Sports Media, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| Integrated Sports Media, Inc., | CASE NO. CV 10-5969 CAS JCG |
|---|---|
| Plaintiff, | [Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RAFAEL ANTONIO SARAVIA, SR., individually and d/b/a EL POLLO GRANDE RESTAURANT |
| vs. | |
| Rafael Antonio Saravia, Sr., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff INTEGRATED SPORTS MEDIA, INC. and Defendant RAFAEL ANTONIO SARAVIA, SR., individually and d/b/a EL POLLO GRANDE RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against RAFAEL ANTONIO SARAVIA, SR.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by April 1, 2012, the dismissal shall be deemed to be **with prejudice**.

///

///

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each
2  Party referenced-above shall bear its own attorneys' fees and costs.
3
4  **IT IS SO ORDERED:**
5
6
7  _Christina A. Snyder_          Dated: 12/20/10
8  **The Honorable Christina A. Snyder**
   **United States District Court**
9  **Central District of California**
10 ///
11 ///
12
13 ///
14 ///
15
16 ///
17 ///
18
19 ///
20 ///
21
22 ///
23 ///
24
25 ///
26 ///
27
28 ///

STIPULATION OF DISMISSAL
CV 10-5969 CAS JCG
PAGE 2